PROB 12C
(7/93)

# United States District Court

### for the

### Eastern District of Washington

Report Date: January 28, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 31 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Joseph Rogers          Case Number: 2:01CR02078-001

Address of Offender: ███████████ Yakima, WA 98908

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/4/2002

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jane Kirk | Date Supervision Commenced: 2/20/2009 |
| Defense Attorney: | Kraig Gardner | Date Supervision Expires: 8/19/2012 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Paul Rogers submitted a urinalysis test on December 15, 2010, which tested positive for alcohol. Test results were confirmed by Alere Toxicology Services.

On December 15, 2010, the defendant submitted to a Breathalyzer test which tested positive for alcohol (BAC level .054). Mr. Rogers denied consuming alcohol and stated he had just used some mouthwash. The defendant then provided a urine sample which was sent to Alere Toxicology Services for testing. On December 29, 2010, he reported for an office visit and admitted to consuming alcohol on December 14, 2010.

Prob12C
Re: Rogers, Paul Joseph
January 28, 2011
Page 2

    2    **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Paul Rogers reported to Merit Resource Services (Merit) on December 21, 2010, and submitted a urinalysis test which tested presumptive positive for methamphetamine. Test results were confirmed by Alere Toxicology Services.

On December 29, 2010, the defendant reported for an office visit and admitted to using methamphetamine on December 19, 2010.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/28/2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/31/11
Date