PROB 12C  
(7/93)

Report Date: September 19, 2011

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 21 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Paul Joseph Rogers       Case Number: 2:01CR02078-001

Address of Offender: ███████████ Yakima, WA 98901

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 4/4/2002

Original Offense: Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 40 Months; TSR - 60 Months       Type of Supervision: Supervised Release

Asst. U.S. Attorney: Jane Kirk       Date Supervision Commenced: 2/20/2009

Defense Attorney: Diane E. Hehir       Date Supervision Expires: 8/19/2012

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 28, 2011.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On September 10, 2011, Paul Rogers associated with individuals who were smoking marijuana.<br><br>On September 12, 2011, Mr. Rogers reported for an office visit and admitted to attending a party on September 10, 2011, where individuals were smoking marijuana. |
| 4 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Rogers, Paul Joseph
September 19, 2011
Page 2

**Supporting Evidence**: On September 12, 2011, Paul Rogers reported to the U.S. Probation Office and submitted a urinalysis test which tested presumptive positive for marijuana. Test results were confirmed by Alere Toxicology Services on September 16, 2011.

Mr. Rogers admitted to smoking marijuana while at a party on September 10, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

9/21/11
Date